IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON SANDERS,

        Plaintiff,                    No. CIV S-08-0569 WBS GGH P

    vs.

MOBERG, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        On July 21, 2008, defendants Promozol and Wriggley filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b).  Plaintiff has not opposed the motion.

        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On May 19, 2008, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the granting of the motion.  In the alternative, the court has reviewed the motion and finds that it has merit.  IT IS HEREBY RECOMMENDED that the July 21, 2008, motion to dismiss filed by defendants Promozol and Wriggley be granted.

1

1    These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6  shall be served and filed within ten days after service of the objections.  The parties are advised
7  that failure to file objections within the specified time may waive the right to appeal the District
8  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  10/20/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
sand0569.46