1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AARON SANDERS,

11              Plaintiff,                    No. CIV S-08-0569 WBS GGH P

12        vs.

13   MOBERG, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On October 20, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  On

22   November 3, 2008, plaintiff filed objections to the findings and recommendations.  This is

23   plaintiff's first communication with the court since filing the complaint on March 13, 2008.

24        The magistrate judge recommended that defendants' motion to dismiss be granted

25   based on plaintiff's failure to file an opposition and, in the alternative, on the merits.  In his

26   objections, plaintiff states that he opposes dismissal of this action.  However, plaintiff does not

1  address the merits of the motion to dismiss.  Nor does plaintiff explain his failure to file a timely

2  opposition.

3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

4  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

5  entire file, the court finds the findings and recommendations to be supported by the record and

6  by proper analysis, and that for the reasons set forth in defendants Pomazal and Wrigley's

7  motion to dismiss, plaintiff has failed to exhaust his administrative remedies - 602 Inmate

8  Appeal process against defendants Dr. Andrew Pomazal and Sue Wrigley.

9          Accordingly, IT IS HEREBY ORDERED that:

10         1.  The findings and recommendations filed October 20, 2008, are adopted in full;

11  and

12         2. The July 21, 2008, motion to dismiss (no. 12) on behalf of defendants

13  Promozol and Wriggley is granted.

14  DATED:   November 24, 2008

15

16                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21  san569.jo

22

23

24

25

26

                                             2