IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON SANDERS,

      Plaintiff,                    No. CIV S-08-0569 WBS GGH P

     vs.

MOBERG, et al.,

      Defendants.         <u>ORDER</u>

_____/

        On September 29, 2009, defendant filed a summary judgment motion. Plaintiff has not opposed the motion. However, defendant did not file proof of service of his motion on plaintiff.

        Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendant shall serve plaintiff with his summary judgment motion and file proof of service.

DATED: November 13, 2009

                                      /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

san569.ord